**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6484**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SAMUEL PAUL CROOK,

Defendant - Appellant.

**No. 18-6485**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SAMUEL PAUL CROOK,

Defendant - Appellant.

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:04-cr-00058-MOC-DSC-1; 3:04-cr-00059-MOC-DSC-1)

Submitted: August 16, 2018                Decided: August 21, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel Paul Crook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Paul Crook appeals the district court's order denying his pro se motion to grant a new trial and/or dismiss all federal charges. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Crook*, Nos. 3:04-cr-00058-MOC-DSC-1, 3:04-cr-00059-MOC-DSC-1 (W.D.N.C. Apr. 3, 2018). We deny Crook's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*